■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS HUBBART, Formerly Known as ERNEST T. REIBSON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J. —attempted burglary, second degree.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.